UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SERINA D. HAMILTON                                                    CIVIL ACTION

VERSUS                                                                NO. 07-2676

MICHAEL ASTRUE, COMMISSIONER                                          SECTION "B" (3)
OF SOCIAL SECURITY ADMINISTRATION

REPORT RECOMMENDING RULE 41(b) DISMISSAL
OF PLAINTIFF's CASE WITH*OUT* PREJUDICE
FOR FAILURE TO PROSECUTE

On April 26, 2007, plaintiff, Serina D. Hamilton o/b/o C.A.H., filed this *pro se* and *in forma pauperis* complaint pursuant to 42 U.S.C. § 405(g), seeking judicial review of the Commissioner's final decision denying her application on behalf of C.A.H. for Supplemental Security Income (Child's).[1]  On September 20, 2007, the Commissioner filed an answer to the complaint and a transcript of the entire record of the administrative proceedings and hearings before the Social Security Administration.[2]

On September 20, 2008, the undersigned Magistrate Judge ordered the plaintiff to file a motion for summary judgment or memorandum setting forth a statement of her contentions on appeal no later than November 11, 2007.  Plaintiff did not file her motion or otherwise attempt to

---

[1]*See* Complaint, Pauper Application and Order [Rec. Doc. Nos.1-3].

[2]*See* Answer and Transcript [Rec. Doc. Nos.10 and 12].

comply with this Court's order.  A grace period of approximately a month elapsed and still no position statement or motion for summary judgment was filed by the plaintiff.  On December 10, 2007, this Court issued a Rule to Show Cause ordering plaintiff to appear in person before the undersigned on January 9, 2008 and to report on the status of her case.  Plaintiff was also informed in writing that the undersigned would recommend dismissal for failure to prosecute absent an appearance and some explanation for the failure to comply with the Court's briefing schedule.[3]  Additionally, plaintiff was advised that filing a memorandum or position statement as previously ordered would satisfy the subject rule to show cause and make an appearance unnecessary.[4]  A copy of the Rule to Show Cause was mailed to the plaintiff and was not returned to the Court as undeliverable.  Since no memorandum or position statement was filed prior to the scheduled hearing, this Court called the captioned case in open court on January 9, 2008.  Plaintiff did not appear as ordered and had not contacted this Court's staff requesting additional time or a continuance of the rule to a later hearing date.

In the instant case, a dismissal is warranted under Rule 41(b), which provides that unless otherwise specified by the Court, a dismissal for failure to comply with court orders operates as an adjudication on the merits.[5]  The purpose of a Rule 41(b) involuntary dismissal for failure to prosecute is to prevent undue delay of the disposition of pending cases.  However, an adjudication *on the merits* or dismissal *with* prejudice is an extreme sanction which is <u>not</u> recommended at this time.

Dismissal with prejudice is only appropriate when the plaintiff's dilatory conduct has

---

[3]*See* Rule to Show Cause issued December 10, 2007 [Rec. Doc. No. 13].

[4]*Id.*

[5]*See* Fed. R. Civ. P. 41(b).

threatened the integrity of the judicial process.  Plaintiff has in fact failed to comply with the Court's briefing order and to appear for the January 9, 2008 Rule to Show Cause.  Otherwise, the record reveals no other instance of dilatory or contumacious conduct and there exists a lesser sanction which better serves the interests of justice.[6]

Because Serina Hamilton has filed this case *pro se* and *in forma pauperis*, a monetary sanction is also inappropriate and could be considered excessive punishment.  Moreover, plaintiff's indigence makes any monetary sanction ineffective.  For the foregoing reasons, dismissal of the captioned case with*out* prejudice is recommended as the most appropriate least severe sanction.

In summary, the plaintiff has failed to comply with this Court briefing order and also failed to appear before the undersigned in Courtroom B305, Third Floor, 500 Poydras St. (Hale Boggs Federal Building) in New Orleans, Louisiana, as directed.  Plaintiff filed no written response to the Rule to Show Cause and the record is devoid of evidence demonstrating good cause for the plaintiff's failure to prosecute her case.  Plaintiff has not attempted to contact the undersigned or this Court's staff seeking either an extension of time to file her motion for summary judgment or a continuance of hearing set for the Court's Rule to Show Cause.

## **CONCLUSION**

For the foregoing reasons, **IT IS RECOMMENDED** that plaintiff's complaint be DISMISSED WITH<u>OUT</u> PREJUDICE for failure to prosecute.

---

[6] A dismissal with prejudice is only proper when the record shows the plaintiff engaged in "purposeful delay or contumacious conduct" and the imposition of lesser sanctions would either be futile or not in the best interest of justice. *Dorsey v. Scott Wetzel Servs., Inc.,* 84 F.3d 170, 171 (5th Cir.1996); *Long v. Simmons*, 77 F.3d 878, 879-80 (5th Cir. 1996); *Hale-Wells v. Wells Fargo Services*, 2006 WL 903712 (S. D. Tex. Apr. 6, 2006).

**OBJECTIONS**

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Servs. Auto. Ass'n.*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 9th day of January, 2008.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

Clerk to serve plaintiff   **SERINA D. HAMILTON**
  by regular mail at:   **1000 South Starrett Road**
                        **Metairie, Louisiana 70003**