UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SERENA D. HAMILTON**                                      **CIVIL ACTION**

**VERSUS**                                                  **NO. 07-2676**

**MICHAEL ASTRUE, COMMISSIONER**                            **SEC. "B" MAG. 3**
**OF SOCIAL SECURITY ADMINISTRATION**

## O R D E R

The Court, after considering the record, the applicable law, and the Magistrate Judge's Report and Recommendation (Doc. No. 14), and finding that as of this date petitioner has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation, and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the petition of Serena D. Hamilton filed in the above entitled and captioned case is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute.

The Clerk of Court is directed to close this matter.

New Orleans, Louisiana, this __6th__ day of February, 2008.


_____
**UNITED STATES DISTRICT JUDGE**